IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| REBECCA PEAK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 784 |
| | ) | |
| v. | ) | Judge Lefkow |
| | ) | |
| AUNT MARTHA'S YOUTH SERVICE CENTER, | ) ) | Magistrate Judge Denlow |
| | ) | Jury Trial Demanded |
| Defendant. | ) | |

## PARTIES' PROPOSED SCHEDULING ORDER

Plaintiff, Rebecca Peak, by and through her attorneys, Pedersen & Weinstein LLP, and Defendant, by and through its attorneys, Berry Tucker & Associates, Ltd., respectfully submit the following Proposed Scheduling Order:

1.  Pursuant to Fed. R. Civ. P. 26(f) and this Court's Case Management Procedures, a telephonic meeting was held on April 21, 2008 and was attended by Erika Pedersen for Plaintiff, and Cheri Costa for Defendant.

2.  The parties believe that an early settlement conference will not likely result in the disposition of the case. Plaintiff has proposed attending private mediation, which request Defendant has taken under advisement. Defendant will respond to Plaintiff's proposal by July 1, 2008.

3.  The parties shall have until May 19, 2008 to make Rule 26(a)(1) disclosures.

4.  The deadline for motions to add parties and to amend the pleadings shall be June 27, 2008. At this time, the parties do not anticipate making any amendments to the pleadings other than when Plaintiff receives her Notice of Right to Sue from the EEOC on her final charges, which she has requested.

5. Non-expert discovery will close on October 31, 2008.

6. Expert witnesses (on damages) to be disclosed by Plaintiff no more than 90 days before trial, as provided by Fed. R. Civ. P. 26(a)(2)(C). Expert witnesses (on damages) to be disclosed by Defendant thirty days following Plaintiff's expert disclosure, as provided by Fed. R. Civ. P. 26(a)(2)(C). Plaintiff's expert rebuttal report (on damages) to be disclosed within fourteen days following Defendant's expert disclosure. Depositions of the experts shall be taken within 21 calendar days of designation. Disclosure of experts will include a report fully in compliance with Rule 26(a)(2)(B).

7. Any motion challenging the qualifications of a designated expert must be made within 21 calendar days after the deposition of the expert. If no motion is filed, the Court may deem such challenges waived.

8. The parties do not consent to proceed before a magistrate judge.

Respectfully submitted,

| | |
|---|---|
| */s/ Erika Pedersen* | */s/ Cheri Costa* |
| Erika Pedersen | Berry Tucker |
| Jill Weinstein | Cheri Costa |
| Pedersen & Weinstein LLP | Berry Tucker & Associates, Ltd. |
| 309 W. Washington, Suite 1200 | 5210 W. Ninety Fifth Street |
| Chicago, IL 60606 | Oak Lawn, IL 60453 |
| (312) 855-1200 | (708) 425-9530 |
| (312) 855-1207 (facsimile) | (708) 425-2454 (facsimile) |
| Counsel for Plaintiff | Counsel for Defendant |

ENTER:

Date:_____    _____
                                 JOAN HUMPHREY LEFKOW
                                 United States District Judge

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 28, 2008, a copy of the foregoing *Parties' Proposed Scheduling Order* was filed electronically.  I further certify that on April 28, 2008, I caused a true and correct copy of the attached *Parties' Proposed Scheduling Order* to be served via facsimile upon the following:


Berry K. Tucker, Esq.
Cheri L. Costa, Esq.
Berry K. Tucker & Associates, Ltd.
5210 W. Ninety Fifth Street
Oak Lawn, IL  60453
Facsimile:  (708) 425-2454


                                         */s/Erika Pedersen*
                                         Erika Pedersen


Erika Pedersen
Jill Weinstein
**PEDERSEN & WEINSTEIN LLP**
309 W. Washington
Suite 1200
Chicago, Illinois 60606
(312) 855-1200 telephone
(312) 855-1207 facsimile