# BERRY K. TUCKER & ASSOCIATES, LTD.
## ATTORNEYS AT LAW

5210 W. NINETY FIFTH STREET
OAK LAWN, ILLINOIS 60453
_____
(708) 425-9530
FAX (708) 425-2454

BERRY K. TUCKER
DONALD S. ANDERSON
CHERI L. COSTA
_____
MICHAEL R. PANTER
PERRY M. LAKS
OF COUNSEL

CHICAGO OFFICE
30 N. LASALLE ST.
SUITE 1524
CHICAGO, IL 60602
(800) 499-9532

VIA FACSIMILE

February 16, 2007

Erika Pedersen, Esq.
Pedersen & Weinstein LLP
309 W. Washington
Suite 1200
Chicago, IL 60606

Re:     Rebecca Peak / Aunt Martha's Youth Service Center, Inc..

Dear Ms. Pedersen:

This letter is in response to your February 8, 2007 letter to Ms. Renee Wheeler with Aunt Martha's Youth Service Center, Inc. ("Aunt Martha's"). T

This firm represents Aunt Martha's in the above-referenced matter. As such, we ask that you provide further information regarding the allegations in your letter. Specifically, provide details of any events or occurrences that Ms. Peak allegedly experienced that leads her to believe that she received discriminatory treatment upon her announcing her pregnancy and intent to take a leave of absence after the birth. Further, provide alleged details of the specific events or occurrences upon her return from her maternity leave, her complaints of unlawful treatment, her change in job responsibilities. Finally, provide alleged details of events or occurrences that give you reason to believe that certain actions were taken on account of her race.

Thank you in advance for your time and consideration.

Sincerely,

TUCKER & ASSOCIATES, LTD.

Cheri L. Costa
Attorney at Law

cc:     Ms. Renee Wheeler (via facsimile)