# PEDERSEN & WEINSTEIN LLP

ATTORNEYS AT LAW

309 W. WASHINGTON
SUITE 1200
CHICAGO, ILLINOIS 60606

PHONE      (312) 855-1200
FACSIMILE  (312) 855-1207
WWW.PWLLP.COM

ERIKA E. PEDERSEN
EPEDERSEN@PWLLP.COM

March 7, 2008

**VIA FACSIMILE and U.S. MAIL**

Cheri L. Costa, Esq.
Berry K. Tucker & Associates, Ltd.
5210 W. Ninety Fifth Street
Oak Lawn, IL 60453

     *RE:*    *Rebecca Peak v. Aunt Martha's Youth Service Center, Case No. 08 C 784*

Dear Ms. Costa:

     I left you a voicemail earlier today, but wanted to follow up with a letter as well. On February 6, 2008, I mailed you a copy of the Complaint we filed in the above-referenced matter, as well as two copies of the Notice of Lawsuit and Request for Waiver of Service of Summons ("Request"), two copies of the Waiver of Service of Summons ("Waiver"), and a stamped and addressed envelope to return the Waiver to me. The Request asked you to return the signed Waiver within 30 days, which would be today.

     As of today, however, I have heard nothing from you. Accordingly, I wish to remind you of your obligation under Rule 4 of the Federal Rules of Civil Procedure to waive formal service of summons in this matter. We will agree to a one-week grace period, but if I have not received the signed Waiver from you by March 14, 2008, we will arrange for formal service of summons and then ask the Court to order your client to bear the costs of such service.

     If you have any questions, do not hesitate to call.

Yours truly,

Erika Pedersen