Peak

# PEDERSEN & WEINSTEIN LLP

ATTORNEYS AT LAW

309 W. WASHINGTON
SUITE 1200
CHICAGO, ILLINOIS 60606

PHONE      (312) 855-1200
FACSIMILE  (312) 855-1207
WWW.PWLLP.COM

ERIKA E. PEDERSEN
EPEDERSEN@PWLLP.COM

March 14, 2008

**VIA FACSIMILE and U.S. MAIL**

Berry K. Tucker, Esq.
Cheri L. Costa, Esq.
Berry K. Tucker & Associates, Ltd.
5210 W. Ninety Fifth Street
Oak Lawn, IL 60453

   *RE: Rebecca Peak v. Aunt Martha's Youth Service Center, Case No. 08 C 784*

Dear Mr. Tucker and Ms. Costa:

  I write to follow up on the phone messages that I have left for you both over the past week, as well as my two recent letters to Ms. Costa. Although neither of you have returned my calls or responded to my letters, my understanding is that you do still represent Aunt Martha's Youth Service Center in the above-referenced matter. If I am incorrect, please notify me immediately. Otherwise, I will assume that you continue to represent the agency.

            Yours truly,

            Erika Pedersen