# BERRY K. TUCKER & ASSOCIATES, LTD.
## ATTORNEYS AT LAW

5210 W. NINETY FIFTH STREET
OAK LAWN, ILLINOIS 60453

(708) 425-9530
FAX (708) 425-2454

BERRY K. TUCKER
DONALD S. ANDERSON
CHERI L. COSTA

MICHAEL R. PANTER
PERRY M. LAKS
OF COUNSEL

CHICAGO OFFICE
30 N. LASALLE ST.
SUITE 1524
CHICAGO, IL 60602
(800) 499-9532

<u>**VIA FACSIMILE (312)855-1207 & ORDINARY MAIL**</u>
March 19, 2008

Ms. Erika Pedersen
Pedersen & Weinstein
309 W. Washington, Suite 1200
Chicago, IL 60606

Re:   Peak, Rebecca

Dear Ms. Pedersen:

In response to your recent correspondence, this firm is not authorized to accept service of process in behalf of Aunt Martha's Youth Service Center, Inc. regarding the Peak matter.

Sincerely,

TUCKER & ASSOCIATES, LTD.

Berry K. Tucker
Attorney at Law

BKT:mk