# BERRY K. TUCKER & ASSOCIATES, LTD.
## ATTORNEYS AT LAW

5210 W. NINETY FIFTH STREET
OAK LAWN, ILLINOIS 60453

(708) 425-9530
FAX (708) 425-2454

BERRY K. TUCKER
DONALD S. ANDERSON
CHERI L. COSTA

MICHAEL R. PANTER
PERRY M. LAKS
OF COUNSEL

CHICAGO OFFICE
30 N. LaSalle St.
Suite 1524
Chicago, IL 60602
(800) 499-9532

<u>**VIA FACSIMILE (312) 855-1207 & U.S. MAIL**</u>
April 18, 2008

Ms. Erika Pedersen
Pedersen & Weinstein
309 W. Washington, Suite 1200
Chicago, IL 60606

Re: Peak vs. Aunt Martha's Youth Service Center, Inc.
Court No. 08 C 784

Dear Ms. Pedersen:

This correspondence will serve to advise you that Aunt Martha's Youth Service Center, Inc. has now designated this firm as Attorney of record in reference to the above matter.

Kindly provide our offices with any court orders that may have been entered in this matter prior to our retention, together with your preferences for scheduling, as well as your clients' demand in this matter.

Our pleadings will follow under separate cover.

Sincerely,

TUCKER & ASSOCIATES, LTD.

Berry K. Tucker
Attorney at Law

BKT:mk