**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| REBECCA PEAK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 784 |
| | ) | |
| v. | ) | Judge Lefkow |
| | ) | |
| AUNT MARTHA'S YOUTH SERVICE CENTER, | ) ) | Magistrate Judge Denlow |
| | ) | Jury Trial Demanded |
| Defendant. | ) | |

## NOTICE OF MOTION

TO: COUNSEL OF RECORD (See Attached Service Sheet)

**PLEASE TAKE NOTICE THAT** on Tuesday, May 6, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan Humphrey Lefkow, United States District Court in Courtroom 1925 at 219 South Dearborn, and present *Plaintiff's Motion for Fees and Costs Pursuant to Rule 4(d),* a copy of which is attached and hereby served on you.

Dated: May 1, 2008

Respectfully submitted,

*s/Erika Pedersen*
Erika Pedersen, Attorney No. 6230020
Pedersen & Weinstein LLP
309 W. Washington
Suite 1200
Chicago, Illinois 60606
(312) 855-1200 phone
(312) 855-1207 fax
epedersen@pwllp.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on May 1, 2008, a copy of the foregoing *Notice of Motion* was filed electronically.  I further certify that on May 1, 2008, I caused a true and correct copy of the attached *Notice of Motion* to be served via facsimile and U.S. mail upon the following:

Berry K. Tucker, Esq.
Cheri L. Costa, Esq.
Berry K. Tucker & Associates, Ltd.
5210 W. Ninety Fifth Street
Oak Lawn, IL  60453
Facsimile:  (708) 425-2454


           */s/Erika Pedersen*
           Erika Pedersen


Erika Pedersen
Jill Weinstein
**PEDERSEN & WEINSTEIN LLP**
309 W. Washington
Suite 1200
Chicago, Illinois 60606
(312) 855-1200 telephone
(312) 855-1207 facsimile