MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REBECCA PEAK, ) | |
| ) | |
| Plaintiff, ) | Case No. 08 C 784 |
| ) | |
| v. ) | Judge Lefkow |
| ) | |
| AUNT MARTHA'S YOUTH ) | Magistrate Judge Denlow |
| SERVICE CENTER, ) | |
| ) | Jury Trial Demanded |
| Defendant. ) | |

## SCHEDULING ORDER

Plaintiff, Rebecca Peak, by and through her attorneys, Pedersen & Weinstein LLP, and Defendant, by and through its attorneys, Berry Tucker & Associates, Ltd., respectfully submit the following Proposed Scheduling Order:

1. Pursuant to Fed. R. Civ. P. 26(f) and this Court's Case Management Procedures, a telephonic meeting was held on April 21, 2008 and was attended by Erika Pedersen for Plaintiff, and Cheri Costa for Defendant.

2. The parties believe that an early settlement conference will not likely result in the disposition of the case. Plaintiff has proposed attending private mediation, which request Defendant has taken under advisement. Defendant will respond to Plaintiff's proposal by July 1, 2008.

3. The parties shall have until May 19, 2008 to make Rule 26(a)(1) disclosures.

4. The deadline for motions to add parties and to amend the pleadings shall be June 27, 2008. At this time, the parties do not anticipate making any amendments to the pleadings other than when Plaintiff receives her Notice of Right to Sue from the EEOC on her final charges, which she has requested.

5.      Non-expert discovery will close on October 31, 2008.

6.      Expert witnesses (on damages) to be disclosed by Plaintiff no more than 90 days before trial, as provided by Fed. R. Civ. P. 26(a)(2)(C). Expert witnesses (on damages) to be disclosed by Defendant thirty days following Plaintiff's expert disclosure, as provided by Fed. R. Civ. P. 26(a)(2)(C). Plaintiff's expert rebuttal report (on damages) to be disclosed within fourteen days following Defendant's expert disclosure. Depositions of the experts shall be taken within 21 calendar days of designation. Disclosure of experts will include a report fully in compliance with Rule 26(a)(2)(B).

7.      Any motion challenging the qualifications of a designated expert must be made within 21 calendar days after the deposition of the expert. If no motion is filed, the Court may deem such challenges waived.

8.      The parties do not consent to proceed before a magistrate judge.

Respectfully submitted,

/s/ Erika Pedersen
Erika Pedersen
Jill Weinstein
Pedersen & Weinstein LLP
309 W. Washington, Suite 1200
Chicago, IL 60606
(312) 855-1200
(312) 855-1207 (facsimile)
Counsel for Plaintiff

/s/ Cheri Costa
Berry Tucker
Cheri Costa
Berry Tucker & Associates, Ltd.
5210 W. Ninety Fifth Street
Oak Lawn, IL 60453
(708) 425-9530
(708) 425-2454 (facsimile)
Counsel for Defendant

ENTER:

Date: MAY 0 1 2008

JOAN HUMPHREY LEFKOW
United States District Judge

2