**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| REBECCA PEAK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 784 |
| | ) | |
| v. | ) | Judge Lefkow |
| | ) | |
| AUNT MARTHA'S YOUTH SERVICE CENTER, | ) ) | Magistrate Judge Denlow |
| | ) | Jury Trial Demanded |
| Defendant. | ) | |

## NOTICE OF FILING

**TO:**   See Attached Service List

**PLEASE TAKE NOTICE THAT** on June 10, 2008, pursuant to the Court's Order dated June 10, 2008, attorneys for Plaintiff filed the attached *Amended Complaint* with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which will be served on you by operation of the Court's electronic filing system.

                                                      Respectfully submitted,

                                                      By

                                                          *s/Erika Pedersen*
                                                          Erika Pedersen

Erika Pedersen
Jill Weinstein
**PEDERSEN & WEINSTEIN LLP**
309 W. Washington
Suite 1200
Chicago, IL  60606
(312) 855-1200
(312) 855-1207 (facsimile)

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 10, 2008, a copy of the foregoing *Notice of Filing* and *Amended Complaint* were filed electronically. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Berry K. Tucker, Esq.
Cheri L. Costa, Esq.
Berry K. Tucker & Associates, Ltd.
5210 W. Ninety Fifth Street
Oak Lawn, IL  60453

           *s/Erika Pedersen*
           Erika Pedersen

Erika Pedersen
Jill Weinstein
**PEDERSEN & WEINSTEIN LLP**
309 W. Washington
Suite 1200
Chicago, IL  60606
(312) 855-1200
(312) 855-1207 (facsimile)