IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REBECCA PEAK, ) | |
| ) | |
| Plaintiff, ) | Case No. 08 C 784 |
| ) | |
| v. ) | Judge Lefkow |
| ) | |
| AUNT MARTHA'S YOUTH ) | Jury Trial Demanded |
| SERVICE CENTER, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

TO:  Erika Pedersen, Esq.
Jill Weinstein, Esq.
PEDERSEN & WEINSTEIN
309 W. Washington, Suite 1200
Chicago, IL 60606

PLEASE TAKE NOTICE THAT on July 9, 2008, attorneys for Defendant filed Defendant's Answer to Counts I – IX of the Amended Complaint with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which will be served on you by operation of the Court's electronic filing system.

By:  /s/ Cheri Costa
Cheri Costa

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2008, a copy of Defendant's Answer to Counts I – IX of the Amended Complaint was filed electronically. Notice of this filing will be sent to the parties listed above by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Cheri Costa
Cheri Costa

Cheri Costa
Berry K. Tucker
Tucker & Associates, Ltd.
5210 W. Ninety-Fifth Street, Suite 100
Oak Lawn, IL 60453
708-425-9530