IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| REBECCA PEAK, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-cv-784 |
| | ) | Hon. Judge Lefkow |
| v. | ) | Mag. Judge Denlow |
| AUNT MARTHA'S YOUTH SERVICE CENTER | ) ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of additional

APPEARANCE has been served this 7th day of August, 2008 via ECF filing, courtesy

copy via U.S. Mail, to:

    Erika Pedersen, Esq.
    Jill Weinstein, Esq.
    PEDERSEN & WEINSTEIN LLP
    309 W. Washington, Suite 1200
    Chicago, Illinois 60606

By: /s/ Jon D. Cohen, Attorney No. 6206666
Stahl Cowen Crowly Addis
55 W. Monroe St., Ste 1200
Chicago, Illinois 606032
(312) 641-0060 (voice)
(312) 423-8156 (fax)